Samuel BURT, Plaintiff–Appellant,

v.

Jon OZMINT, Director; South Carolina Department of Corrections; W. Eagleton; S. Skipper; J. Sligh; J. Bethea; W. McCrae; Mr. Jacobs; S. Goldberg; M.C. Lindsey; C. Florian; Ms. Hooks, Defendants–Appellees.

No. 12–6821.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decide: Oct. 1, 2012.

Samuel Burt, Appellant Pro Se. Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Burt appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burt v. Ozmint,* No. 3:11–cv–00247–SB, 2012 WL 1031924 (D.S.C. Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*